IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :

          David A. Jerri                        :

                                                :          Case No.: 17-10879

                                                :
Debtor(s)                                       :          Chapter 13


CERTIFICATE OF NO RESPONSE


          I hereby certify that no answer, objection or other responsive pleading or request
for a hearing has been filed in response to the Application for Compensation of Attorney
Fees at Docket Number 20.


Dated: July 25, 2017                            /s/ Brad J. Sadek, Esquire
                                                Brad J. Sadek, Esquire
                                                Sadek and Cooper
                                                "The Philadelphia Building"
                                                1315 Walnut Street, #502
                                                Philadelphia, PA 19107
                                                215-545-0008