**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David A. Jerri <br> <u>Debtor</u> | Chapter 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust <br> <u>Moving Party</u> <br> vs. | NO. 17-10879 AMC |
| David A. Jerri <br> <u>Debtor</u> | 11 U.S.C. Section 362 |
| and William C. Miller Esq. <br> <u>Trustee</u> | |

## **CERTIFICATION OF DEFAULT**

I, Rebecca A. Solarz, Esquire, attorney for Moving Party, certify that Debtor has defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated December 24, 2018 was served upon the Debtor and Debtor's Attorney on said date. Subsequent to said notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

                                                  **/s/ Rebecca A. Solarz, Esquire**
                                                  Rebecca A. Solarz, Esquire
                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 627-1322 FAX (215) 627-7734
                                                  Attorneys for Movant/Applicant

February 5, 2019