# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: David A. Jerri
                Debtor

Chapter 13

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
                v.
David A. Jerri
                and
William C. Miller Esq.
                Trustee

NO. 17-10879 AMC

## ORDER

AND NOW, this _____ day of _____, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on September 19, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 400 Louise Avenue Croydon, PA 19021.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: February 12, 2019**

_____
United States Bankruptcy Judge.

cc: See attached service list