United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David A Jerri
    Debtor

Case No. 17-10879-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Feb 12, 2019
                              Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2019.
db          +David A Jerri,    400 Louise Avenue,    Croydon, PA 19021-5536

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Feb 13 2019 02:16:52     City of Philadelphia,
         City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
         Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 13 2019 02:16:45
         Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
         Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 13 2019 02:16:49     U.S. Attorney Office,
         c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2019 02:12:47
         PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2019 02:12:47
         The Bureaus, Inc.,    c/o PRA Receivables Management, LLC,    PO Box 41021,
         Norfolk, VA 23541-1021
                                                                                                  TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2019 at the address(es) listed below:
         BRAD J. SADEK     on behalf of Debtor David A Jerri brad@sadeklaw.com,    bradsadek@gmail.com
         MATTEO SAMUEL WEINER     on behalf of Creditor     WILMINGTON SAVINGS FUND SOCIETY, FSB et al ...
         bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER     on behalf of Creditor     Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
         bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ     on behalf of Creditor     Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
         bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ     on behalf of Creditor     WILMINGTON SAVINGS FUND SOCIETY, FSB et al ...
         bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                     TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David A. Jerri<br>      Debtor<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>      v.<br>David A. Jerri<br>      and<br>William C. Miller Esq.<br>      Trustee | Chapter 13<br><br>NO. 17-10879 AMC |

**ORDER**

AND NOW, this _____ day of _____, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on September 19, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 400 Louise Avenue Croydon, PA 19021.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: February 12, 2019**

_____
United States Bankruptcy Judge.

cc: See attached service list