United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
David A Jerri   
     Debtor

Case No. 17-10879-amc   
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Apr 11, 2019  
                        Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.  
db          +David A Jerri,   400 Louise Avenue,   Croydon, PA 19021-5536

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: megan.harper@phila.gov Apr 12 2019 02:27:17   City of Philadelphia,  
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
                Philadelphia, PA  19102-1595  
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 12 2019 02:27:01  
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
                Harrisburg, PA  17128-0946  
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 12 2019 02:27:11   U.S. Attorney Office,  
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2019 02:26:19  
                PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067  
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2019 02:26:19  
                The Bureaus, Inc.,   c/o PRA Receivables Management, LLC,   PO Box 41021,  
                Norfolk, VA 23541-1021  
                                                                                                          TOTAL: 5

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:  
           BRAD J. SADEK   on behalf of Debtor David A Jerri brad@sadeklaw.com,   bradsadek@gmail.com  
           MATTEO SAMUEL WEINER    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB et al ...  
            bkgroup@kmllawgroup.com  
           MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a  
            Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust  
            bkgroup@kmllawgroup.com  
           REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a  
            Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust  
            bkgroup@kmllawgroup.com  
           REBECCA ANN SOLARZ    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB et al ...  
            bkgroup@kmllawgroup.com  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David A. Jerri<br>　　　　Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as trustee for<br>Pretium Mortgage Acquisition Trust<br>　　　　Secured Creditor<br>vs. | NO. 17-10879 AMC |
| David A. Jerri<br>　　　　Debtor | 11 U.S.C. Section 362 |
| William C. Miller<br>　　　　Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The Order dated February 12, 2019, entered as document 46, granting stay relief to Secured Creditor is hereby vacated.

2. The bankruptcy automatic stay is reinstated as to Secured Creditor and the Property located at 400 Louise Avenue, Croydon, PA 19021 ("the Property").

3. The post-petition arrearage on the mortgage held by the Secured on the Property is $9,524.90, which breaks down as follows:

| | |
|---|---|
| Post-Petition Payments: | Dec. 2018 through Jan. 2019 at $1,707.07/month<br>Feb. 2019 through Apr. 2019 at $1,671.40 |
| Suspense Balance: | ($594.80) |
| Fees & Costs Relating to Notice<br>of Default and Cert of Default: | $300.00 |
| **Total Post-Petition Arrears** | **$8,133.54** |

4. The Debtor(s) shall cure said arrearages in the following manner

   a) The debtor shall make a lump sum payment of $8,133.54 to Secured Creditor at the below address on or before April 30, 2019:

   Rushmore Loan Management Services
   P.O. Box 52708
   Irvine, CA 92619-2708

   b) Maintenance of current monthly mortgage payments beginning on May 1, 2019 to the Secured Creditor thereafter.

5. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Secured Creditor shall adjust the account accordingly.

6. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Secured Creditor may file a Certification of Default with the Court and the Court shall enter an Order granting the Secured Creditor relief from the automatic stay.

7. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

8. If the case is converted to Chapter 7, the Secured Creditor shall file a Certification of Default with the court and the court shall enter an order granting the Secured Creditor relief from the automatic stay.

9. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

10. The provisions of this stipulation do not constitute a waiver by the Secured Creditor of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

11. The parties agree that a facsimile signature shall be considered an original signature.

Date: April 2, 2019

By: /s/ Rebecca A. Solarz
Rebecca A. Solarz, Esquire
Attorney for Secured Creditor

Date: 4/4/19

Brad J. Sadek, Esquire
Attorney for Debtor

Date: 4-5-19

William C. Miller
Chapter 13 Trustee

No objection

Approved by the Court this **11th** day of **April**, 2019. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Ashely M. Chan