**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David A. Jerri<br>                 Debtor<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>                 v.<br>David A. Jerri<br>                 and<br>William C. Miller Esq.<br>                 Trustee | Chapter 13<br><br>NO. 17-10879 AMC |

## ORDER

AND NOW, this 19th day of August, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on April 11, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 400 Louise Avenue Croydon, PA 19021.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                                                                                                                        _____
                                                                             United States Bankruptcy Judge.

cc: See attached service list

David A. Jerri
400 Louise Avenue
Croydon, PA 19021

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Brad J. Sadek
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532