## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
|    David A. Jerri | : | Case No. 17-10879AMC |
| | : | |
| Debtor(s) | : | Chapter 13 |

### PRAECIPE TO WITHDRAW

Kindly withdraw the Motion to Reconsider and Notice of Motion filed at docket numbers 60 and 61 which was incorrectly attached to the wrong event.

DATED: September 26, 2019        BY:   */s/ Brad J. Sadek*
                                                        Brad J. Sadek, Esq.
                                                        Sadek and Cooper Law Offices
                                                        1315 Walnut Street, Suite 502
                                                        Philadelphia, PA 19107
                                                        215-545-0008
                                                         Attorney for Debtors