**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| | : |
|    David A. Jerri | :    Case No. 17-10879AMC |
| | : |
| Debtor(s) | :    Chapter 13 |

**PRAECIPE TO WITHDRAW**

Kindly withdraw the Response to Motion to Reconsider filed at docket number 65.

DATED: November 4, 2019        BY:   */s/ Brad J. Sadek*
                                                            Brad J. Sadek, Esq.
                                                            Sadek and Cooper Law Offices
                                                            1315 Walnut Street, Suite 502
                                                           Philadelphia, PA 19107
                                                           215-545-0008
                                                           Attorney for Debtors