IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : Chapter 13 |
| **David A. Jerri** | : |
| | : |
| | : |
| | : Bankruptcy Case No: 17-10879AMC |

### PRAECIPE TO WITHDRAW

TO THE COURT:

    Please withdraw the *Praecipe to Withdraw Response* which was inadvertently filed on November 4, 2019 at Docket No. 66.

Dated: November 5, 2019　　　　　　　　　　　　　*/s/ Brad J. Sadek*
　　　　　　　　　　　　　　　　　　　　　　　　Brad J. Sadek, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Debtor