IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : Chapter 13 |
| **David A. Jerri** | : |
| | : |
| | : |
| | : Bankruptcy Case No: 17-10879AMC |

### <u>PRAECIPE TO WITHDRAW</u>

TO THE COURT:

Please withdraw the *Motion to Reconsider* which was filed on September 27, 2019 at Docket No. 62.

Dated: November 5, 2019

*/s/ Brad J. Sadek*

Brad J. Sadek, Esquire
Counsel for Debtor