**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

  **IN RE:**                                              **Chapter 13**
  DAVID A JERRI

                      **Debtor**             **Bankruptcy No.** 17-10879-AMC

# **O R D E R**

      **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: December 17, 2019**

_____
              Ashely M. Chan
              Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
DAVID A JERRI

400 LOUISE AVENUE

CROYDON, PA 19021