United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-10879-amc
David A Jerri                                                   Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey              Page 1 of 2            Date Rcvd: Dec 17, 2019
                              Form ID: pdf900           Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2019.
```
db           +David A Jerri,    400 Louise Avenue,    Croydon, PA 19021-5536
13863290     +Asset Maximization Group. Inc,    26-12 Borrough Pl,    Suite 6B,   Woodside, NY 11377-7835
13936944      EMERGENCY ASSOCIATES OF LOWER BUCKS,    WAKEFIELD AND ASSOCIATES,    PO BOX 50250,
               KNOXVILLE,TN 37950-0250
13863297     +Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard,    Suite 1400,
               Philadelphia, PA 19103-1814
13863298     +Police And Fire Federal Credit Union,    901 Arch St,    Philadelphia, PA 19107-2495
13863299     +Revenue Recovery Corp,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
13932674     +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
13863301     +The Bureaus Inc,    650 Dundee Rd,    Ste 370,    Northbrook, IL 60062-2757
13863302     +United Revenue,    P.O. Box 1184,    Langhorne, PA 19047-6184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Dec 18 2019 03:30:41     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 18 2019 03:30:36
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 18 2019 03:30:41     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2019 03:33:17
               PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2019 03:33:33
               The Bureaus, Inc.,    c/o PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
13920455     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2019 03:33:33
               Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
13863291     +E-mail/Text: bankruptcy@usecapital.com Dec 18 2019 03:30:46     Capital Accounts,
               P.O. Box 140065,    Nashville, TN 37214-0065
13863292     +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 18 2019 03:30:45
               Credit Collections Service,    P.O. Box 773,    Needham, MA 02494-0918
13863293      E-mail/Text: bankruptcy.bnc@ditech.com Dec 18 2019 03:30:34     Ditech Financial LLC,
               P.O. Box 6154,    Rapid City, SD 57709-6154
13863294     +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 18 2019 03:33:57     LVNV Funding,
               P.O. Box 10497,    Greenville, SC 29603-0497
13922434      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 18 2019 03:33:21
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13887102      E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 18 2019 03:33:58     MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13863295     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 18 2019 03:33:37     Merrick Bank Corp,
               P.O. Box 9201,    Old Bethpage, NY 11804-9001
13905021      E-mail/PDF: cbp@onemainfinancial.com Dec 18 2019 03:33:51     ONEMAIN,    P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
13863296     +E-mail/PDF: cbp@onemainfinancial.com Dec 18 2019 03:33:51     Onemain Financial,
               P.O. Box 1010,    Evansville, IN 47706-1010
13957314      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2019 03:33:18
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13902760     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2019 03:33:33
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13863300      E-mail/Text: bankruptcy@td.com Dec 18 2019 03:30:39     TD Bank, N.A.,    Attn: Bankruptcy,
               32 Chestnut St,    Lewiston, ME 04243
                                                                                               TOTAL: 18
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Stacey              Page 2 of 2                   Date Rcvd: Dec 17, 2019
                              Form ID: pdf900           Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor David A Jerri brad@sadeklaw.com, bradsadek@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB et al ...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB et al ...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DAVID A JERRI | Chapter 13 |
| Debtor | Bankruptcy No. 17-10879-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: December 17, 2019**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
DAVID A JERRI

400 LOUISE AVENUE

CROYDON, PA 19021